1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

EARNEST CASSELL WOODS,

Case No.: 3:20-cv-0099-MMA-WVG

12

Petitioner,

13

v.

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND**

14

RON DAVIS, Warden,

15

Respondent.

16
17       Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of

18   Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging the 2019 denial of parole by

19   California's Board of Parole Hearings.  Petitioner, however, has failed to pay the $5.00

20   filing fee and has failed to move to proceed in forma pauperis.  Because this Court cannot

21   proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in

22   forma pauperis, the Court **DISMISSES** the case without prejudice.  See Rule 3(a), 28

23   U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this case, he must submit, **no**

24   **later than <u>March 16, 2020,</u>** a copy of this Order with the $5.00 fee or with adequate

25   proof of his inability to pay the fee.  The Clerk of Court shall send a blank Southern

26   ///

27   ///

28   ///

1

District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

     **IT IS SO ORDERED.**

Dated: January 15, 2020

HON. MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE

3:20-cv-0099-MMA-WVG